No. 5. MITCHELL, ATTORNEY GENERAL, ET AL. *v.* PENNY STORES, INC.

Argued October 16, 1931. Decided October 26, 1931. *Per Curiam:* In this suit, brought to enjoin the enforcement of the provisions of §§ 2 (c), 11, and 13 of article 1 of chapter 90 of the Laws of Mississippi of 1930, an application was made to the District Court of the United States for an interlocutory injunction. The District Court, composed of three judges (U. S. C., Title 28, § 380), granted an interlocutory injunction upon the giving by the plaintiffs of a bond payable to the State of Mississippi in the sum of $5,000, conditioned as required by law, restraining the enforcement of the statutory provisions until the cause could be fully heard and determined. No opinion was rendered by the District Court, and the only question presented by the record upon this appeal is whether the District Court abused its discretion in granting an injunction until the case could be heard upon the merits. *Alabama* v. *United States*, 279 U. S. 229, 231; *United Fuel Gas Co.* v. *Public Service Commission*, 278 U. S. 322, 326; *National Fire Insurance Co.* v. *Thompson*, 281 U. S. 331, 338. The

order was made prior to the decision of this Court in State Board of Commissioners v. Jackson, 283 U. S. 527, and, as no abuse of discretion is shown, the order must be affirmed. *Mr. W. L. Guice,* with whom *Messrs. George T. Mitchell,* Attorney General of Mississippi, and *J. A. Lauderdale,* Assistant Attorney General, were on the brief, for appellants. *Messrs. Wm. H. Watkins, Martin A. Schenck, Clark McKercher, Robert S. Marx,* and *W. H. Dannat Pell* were on the brief, for appellee.